UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROY L. GARLAND,   JUDGMENT
  04-CV-1537 (ARR)
                Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 26, 2005, denying defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated April 25, 2005; it is

      ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that plaintiff's cross-motion for judgment on the pleadings is granted; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated April 25, 2005.


Dated: Brooklyn, New York
       April 26, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court